IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADEL FRANCIS MOUAWAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. 15-0007-CG-C |
| vs. ) | |
| ) | CRIMINAL NO. 13-0217-CG-C |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 6, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 21st day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE