IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADEL FRANCIS MOUAWAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. 15-0007-CG-C |
| vs. | ) |
| | ) CRIMINAL NO. 13-0217-CG-C |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Adel Francis Mouawad's motion to vacate (Doc. 41) is **GRANTED**. Petitioner is entitled to resentencing. Therefore, a resentencing hearing is hereby **SCHEDULED** for **August 11, 2015 at 1:30 p.m.,** to be held in Courtroom 2B, United States District Courthouse, Mobile, Alabama. The United States Marshal is **ORDERED** to produce the defendant for said hearing.

The U. S. Probation Office is directed to provide the Court and the parties with an amended Guideline calculation, **no later than July 28, 2015**. Any objections to the amended Guideline calculation shall be filed **no later than August 4, 2015**.

**DONE** and **ORDERED** this 21st day of July, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE